IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Victor W. Lipford
Plantiff,

CASE NO 2:04-CV-2857-D

United States of America
Defendants

## Motion For Extension Of Time

NOW COMES PLANTIFF, Victor W. Lipford in the above motion gives timely notice requesting for Extension of Time concerning motion due to transit, or being in transit during the period of time limit that was limited by the Courts. Plantiff was in transit from July 15, 2005 to September 8, 2005. Which only allows Plantiff 6 days to prepare motion. Plantiff did ask "Counselor" while in transit at "Oklahoma" for legal call to inform "Clerk of Court" of the circumstances, the record clearly show the Plantiff was in transit during the period of 55 days.

In the above request the Plantiff prays that the "Clerk of the Court" take it into consideration that Plantiff was held in transit where he was unable to prepare motion with the proper legal material

**MOTION GRANTED**
DATE 9-20-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Respectfully Submitted,
Victor Lipford
Victor W. Lipford

This document entered on the docket sheet in compliance with Rule 58 and/ 79(a) FRCP on  9/21/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02857 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

Victor W. Lipford
07157-084
P.O. Box 52020
Bennettsville, SC 29512

Honorable Bernice Donald
US DISTRICT COURT